UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC2, a national association,<br><br>Plaintiff,<br><br>v.<br><br>THE EAGLE AND THE CROSS LLC, a Colorado limited-liability company; SUSAN PATCHEN, an individual; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; SUMMERHILLS OWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:17-cv-00955-MMD-GWF<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff, US Bank National Association, as Trustee for Mastr Asset Backed Securities Trust 2006-WMC2, has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 6th day of April 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE