Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC2, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>THE EAGLE AND THE CROSS LLC, a Colorado limited-liability company; SUSAN PATCHEN, an individual; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; SUMMERHILLS OWNERS' ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00955-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(THIRD REQUEST)** |

Plaintiff US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2, a national association ("US Bank"), Defendant Summerhills Owners' Association ("Summerhills"), Defendant The Eagle and The Cross, LLC ("The Eagle"), and Susan Patchen ("Patchen", and together with US Bank, Summerhills, and The Eagle, the "Parties"), through their counsel of record hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and 26-4, extending the dispositive motion deadline set forth in

1  the Court's Order entered on August 17, 2018 (ECF No. 32) (the "Order"). This is the Parties'
2  third request to extend litigation deadlines. The Parties request that the current deadline of
3  December 20, 2018, be extended by 60 days to **February 18, 2018.**

4  This Court previously granted two requests to extend the discovery and dispositive motion
5  deadlines. The Parties' first request was based on the pending motion to intervene filed by A
6  Accountable Carpet Care ("AACC"). Then, once the Court granted AACC's motion to intervene,
7  the Parties requested a second extension.

8  Now, the Parties have resolved the litigation and are in process of documenting the
9  settlement. The Parties do not anticipate any issues with settlement and expect settlement to be
10 complete and the litigation dismissed within 60 days. Therefore, the Parties stipulate and agree
11 that good cause exists to extend the dispositive motion deadline by 60 days for the purpose of
12 documenting settlement and dismissing the litigation. The last day for filing dispositive motions
13 shall be extended from December 20, 2018 to February 18, 2018.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The Parties respectfully request that the Court grant this Stipulation and extend the deadlines set out in the Order.

Dated: December 18, 2018.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: */s/ Michael N. Beede*
Michael N. Beede, Esq.
Nevada Bar No. 13608
2470 St. Rose Pkwy., Suite 201
Henderson, Nevada 89074

*Attorney for The Eagle and The Cross, LLC and Susan Patchen*

Dated: December 18, 2018.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2*

Dated: December 18, 2018.

BOYACK ORME & ANTHONY

By: */s/ Colli C. McKiever*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
7432 W. Sahara Avenue, Ste. 101
Las Vegas, Nevada 89117
*Attorneys for Summerhills Owners' Association*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-19-2018