Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
wklomp@swlaw.com

*Attorneys for Plaintiff US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC2, a national association,<br><br>Plaintiff,<br><br>vs.<br><br>THE EAGLE AND THE CROSS LLC, a Colorado limited-liability company; SUSAN PATCHEN, an individual; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; SUMMERHILLS OWNERS' ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00955-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC2, a national association ("US Bank"), Defendant Summerhills Owners' Association ("Summerhills"), Defendant The Eagle and The Cross, LLC ("The Eagle"), and Susan Patchen ("Patchen", and together with US Bank, Summerhills, and The Eagle, the "Parties"), stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with prejudice, with each party to bear their

own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

Dated: February 14, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

By: /s/ Michael N. Beede
    Michael N. Beede, Esq.
    Nevada Bar No. 13608
    2470 St. Rose Pkwy., Suite 201
    Henderson, Nevada 89074

*Attorney for The Eagle and The Cross, LLC and Susan Patchen*

Dated: February 14, 2019.

BOYACK ORME & ANTHONY

By: /s/ Colli C. McKiever
    Edward D. Boyack, Esq.
    Nevada Bar No. 5229
    Colli C. McKiever, Esq.
    Nevada Bar No. 13724
    7432 W. Sahara Avenue, Ste. 101
    Las Vegas, Nevada 89117
*Attorneys for Summerhills Owners' Association*

Dated: February 14, 2019.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Wayne Klomp, Esq.
    Nevada Bar No. 10109
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961
*Attorneys for Plaintiff US Bank*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 14, 2019.

                                              */s/ Lara Taylor*
                                        Lara Taylor, Employee of Snell & Wilmer L.L.P